UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WILLIAM DALE CARTER,

        Plaintiff,

v.                        03-CV-3065

TIM BAKER,
BILL ANDERSON,
BRENT FISHER,
ADAMS COUNTY JAIL BOARD,

        Defendants.

## Order

THE COURT HEREBY ENTERS THE FOLLOWING CASE MANAGEMENT ORDER:

1) The plaintiff's motion for appointment of counsel (d/e 118) is granted. Students at the University of Illinois College of Law in Champaign-Urbana have agreed to take the case on *pro bono*. The plaintiff's letter filed January 3, 2006 (d/e 128) is construed as another motion to appoint counsel and is denied as moot.

2) The final pretrial conference scheduled for January 11, 2006, at 1:30 by video conference remains as scheduled, except the purpose of the hearing shall be to appoint the University of Illinois students, reschedule the final pretrial and trial dates, and address any other pending issues in light of the appointment of counsel. The students who will be representing the plaintiff shall appear in person for the hearing. The plaintiff shall appear by video conference, and the defendants shall appear by phone.

3) The trial scheduled for January 17, 2006, is cancelled, to be rescheduled at the conference on January 11, 2006.

4) The defendants' motion for entry of pretrial order (d/e 126) and the plaintiff's motion objecting to the proposed pretrial order (d/e 127) are denied as moot.

5) The defendant's motion in limine is denied as premature (d/e 130).

6) The plaintiff's motions for reconsideration of the court's summary judgment ruling (d/e's 119, 121) are denied. The motions amount to another response to the defendant's summary judgment motion, to which the plaintiff already had ample time to respond (and to which he did file a response, twice). There is nothing in the motions (d/e's 119,121) that could not have been argued or stated in the original responses. Additionally, the court sees nothing in the motions to suggest its decision on summary judgment was incorrect.

Entered this 5th Day of January, 2006.

                                                         s\Harold A. Baker

                                                 HAROLD A. BAKER
                                  UNITED STATES DISTRICT JUDGE