UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WILLIAM DALE CARTER,

    Plaintiff,

v.                                     03-CV-3065

TIM BAKER,
BILL ANDERSON,
BRENT FISHER,
ADAMS COUNTY JAIL BOARD,

    Defendants.

**Order**

    Pursuant the defendants' Rule 68 offer of judgment (d/e 137), which has been accepted by the plaintiff (d/e 138), final judgment is ordered to be entered in favor of the plaintiff and against all the defendants ADAMS COUNTY JAIL BOARD, TIM BAKER, BILL ANDERSON, and BRENT FISCHER in the amount of Three Thousand Dollars ($3,000) exclusive of costs and attorney fees now accrued in such amounts as determined by the Court as recoverable under the rule.  All pending motions are denied as moot.  Pursuant to Local Rule 54.1, the plaintiff has 30 days from the entry of this order to submit his request for attorneys fees and costs.  The clerk is directed to send the plaintiff's counsel a bill of costs form.

    Entered this 31st Day of January, 2006.

                                             **s\Harold A. Baker**

                                              HAROLD A. BAKER
                                          UNITED STATES DISTRICT JUDGE